UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 10, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-06-0058-FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| IOSIF CAZA, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release IOSIF CAZA, Case No. <u>CR.S-06-0058-FCD</u>, Charge, 8USC§1324, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $_____

        _X_   Unsecured Appearance Bond  - $200,000.00

        ___   Appearance Bond with 10% Deposit

        _X_   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        _X_   (Other)   <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 10, 2006</u> at <u>2:20 p.m.</u>

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge