MATTHEW G. JACOBS (Bar No. 122066)
DLA PIPER RUDNICK GRAY CARY US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
IOSIF CAZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IOSIF CAZA,<br><br>　　　　　Defendant. | CASE NO.  S-06-0058-FCD<br><br>**STIPULATION AND ORDER** |

The parties hereby stipulate to continue the status conference in this case, currently set for March 27, 2006, to April 24, 2006, at 9:30 a.m. The parties further stipulate that time should be excluded for this period pursuant to those provisions of the Speedy Trial Act pertaining to providing defense counsel adequate time to prepare, Local Code T-4, in light of the fact that counsel for the defendant is still reviewing voluminous discovery and has requested additional discovery that the government has stated it is willing to provide.

So stipulated.

Dated: March 23, 2006　　　　　　　　DLA PIPER RUDNICK GRAY CARY US LLP

　　　　　　　　　　　　　　　　　　　By　/s/ Matthew G. Jacobs
　　　　　　　　　　　　　　　　　　　　　MATTHEW G. JACOBS
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　IOSIF CAZA

1 | Dated:  March 23, 2006

2 | McGREGOR W. SCOTT
  | UNITED STATES ATTORNEY

3

4 | By  /s/ Camil Skipper (as authorized on 3/23/06)
  | CAMIL SKIPPER
5 | ASSISTANT U.S. ATTORNEY

6

7

8 | ORDER

9

IT IS SO ORDERED:

10

11

12 | Dated:  March 23, 2006        /s/ Frank C. Damrell Jr.
   | HONORABLE FRANK C. DAMRELL JR.
   | UNITED STATES DISTRICT COURT JUDGE

13–28