```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2709
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE NO. CR. S-06-058 FCD
                                 )
12              Plaintiff,       )
                                 )   STIPULATION TO CONTINUE
13       v.                      )   STATUS CONFERENCE AND
                                 )   EXCLUDE TIME UNDER THE
14  IOSIF CAZA,                  )   SPEEDY TRIAL ACT; PROPOSED
                                 )   ORDER
15              Defendant.       )
                                 )
16                               )
                                 )   Date: April 24, 2006
17                               )   Time: 9:30 A.M.
                                 )   Courtroom: Two
18  _____ )   Hon. Frank C. Damrell
19
```

        IT IS HEREBY STIPULATED AND AGREED between defendant IOSIF CAZA and the United States of America, through their respective counsel, that the status conference presently set for April 24, 2006, be continued to May 22, 2006, and that time under the Speedy Trial Act should be excluded through May 22, 2006.

        The government has provided additional discovery to the defense which defense counsel is reviewing with his client. The defense also is assessing whether it will file any motions in this case. To allow for sufficient time for the defense to

1

prepare, the parties to engage in further discussions, and to avoid any waste of judicial resources, the parties stipulate to this continuance and agree that time should be excluded pursuant to Local Code T4.

Defendant CAZA, who is not in custody, understands his rights under the Speedy Trial Act and consents to this continuance.

DATED: April 20, 2006                McGREGOR W. SCOTT
                                     United States Attorney

                                By: /s/ Camil A. Skipper
                                     CAMIL A. SKIPPER
                                     Assistant U.S. Attorney


DATED: April 20, 2006                /s/ Matthew G. Jacobs
                                     MATTHEW G. JACOBS
                                     Attorney for IOSIF CAZA

**ORDER**

1.   The status conference presently set for April 24, 2006, is continued to May 22, 2006, at 9:30 A.M.

2.   Based upon the representations of the parties, the Court found that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excluded time under the Speedy Trial Act through May 22, 2006.  For the reasons stated in this pleading, the Court finds excludable time through May 22, 2006.

**IT IS SO ORDERED**.

Date: April 21, 2006

                                     /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL, Jr.
                                     United States District Judge