```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2709
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE NO. CR. S-06-058 FCD
                                 )
12              Plaintiff,       )
                                 )   STIPULATION TO CONTINUE
13      v.                       )   STATUS CONFERENCE AND
                                 )   EXCLUDE TIME UNDER THE
14  IOSIF CAZA,                  )   SPEEDY TRIAL ACT; PROPOSED
                                 )   ORDER
15              Defendant.       )
                                 )
16                               )
                                 )   Date: May 22, 2006
17                               )   Time: 9:30 A.M.
                                 )   Courtroom: Two
18  _____    )   Hon. Frank C. Damrell
19
20      IT IS HEREBY STIPULATED AND AGREED between defendant IOSIF
21  CAZA and the United States of America, through their respective
22  counsel, that the status conference presently set for May 22,
23  2006, be continued to June 19, 2006, and that time under the
24  Speedy Trial Act should be excluded through June 19, 2006.
25      This case is part of a larger, complex investigation that is
26  ongoing.  The progress of that larger investigation will have
27  some impact on the instant case, and the defense must assess how
28  it will proceed, and whether it wishes to file motions, in light
```

1

of the other investigation.  Moreover, the government is in the process of determining whether it will seek a superseding indictment.  To allow for sufficient time for the defense to prepare, for the parties to engage in discussions that might eliminate the need for defense motions and a superseding indictment, and to avoid any waste of judicial resources, the parties stipulate to this continuance and agree that time should be excluded pursuant to Local Code T4.

Defendant CAZA, who is not in custody, understands his rights under the Speedy Trial Act, and consents to this continuance.

DATED: May 18, 2006                McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ Camil A. Skipper
                                   CAMIL A. SKIPPER
                                   Assistant U.S. Attorney


DATED: May 18, 2006                /s/ Matthew G. Jacobs
                                   MATTHEW G. JACOBS
                                   Attorney for IOSIF CAZA

**ORDER**

1.   The status conference presently set for May 22, 2006, is continued to June 19, 2006, at 9:30 A.M.

2.   Based upon the representations of the parties, the Court found that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excluded

///
///
///
///

1  time under the Speedy Trial Act through June 19, 2006.  For the
2  reasons stated in this pleading, the Court finds excludable time
3  through June 19, 2006.
4  **IT IS SO ORDERED.**
5  Date: May 18, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
United States District Judge