1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

         IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   CASE NO. CR. S-06-058 FCD
                               )
              Plaintiff,       )
                               )   STIPULATION TO CONTINUE
     v.                        )   STATUS CONFERENCE AND
                               )   EXCLUDE TIME UNDER THE
IOSIF CAZA,                    )   SPEEDY TRIAL ACT;ORDER
                               )
              Defendant.       )
                               )
                               )   Date: June 19, 2006
                               )   Time: 9:30 A.M.
                               )   Courtroom: Two
                               )   Hon. Frank C. Damrell
_____)

     IT IS HEREBY STIPULATED AND AGREED between defendant IOSIF CAZA and the United States of America, through their respective counsel, that the status conference presently set for June 19, 2006, be continued to July 31, 2006 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded through July 31, 2006.

     This case is part of a larger, complex investigation that is ongoing.  The progress of that larger investigation will have some impact on the instant case, and the parties are determining

                                1

how they wish to proceed.  To allow for sufficient time for the defense to prepare, for the parties to engage in further discussions, and to avoid any waste of judicial resources, the parties stipulate to this continuance and agree that time should be excluded pursuant to Local Code T4.

Defendant CAZA, who is not in custody, understands his rights under the Speedy Trial Act, and consents to this continuance.

DATED: June 13, 2006                    McGREGOR W. SCOTT
                                        United States Attorney


                                   By:  /s/ Camil A. Skipper
                                        CAMIL A. SKIPPER
                                        Assistant U.S. Attorney


DATED: June 13, 2006                    /s/ Matthew G. Jacobs
                                        MATTHEW G. JACOBS
                                        Attorney for IOSIF CAZA

**ORDER**

1.   The status conference presently set for June 19, 2006, is continued to July 31, 2006, at 9:30 A.M.

2.   Based upon the representations of the parties, the Court found that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excluded time under the Speedy Trial Act through July 31, 2006.  For the reasons stated in this pleading, the Court finds excludable time through July 31, 2006.

**IT IS SO ORDERED.**

Date: June 16, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL, Jr.
                                        United States District Judge