1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )   CASE NO. CR. S-06-058 FCD
                                   )
12            Plaintiff,           )
                                   )   STIPULATION TO CONTINUE
13      v.                         )   STATUS CONFERENCE AND
                                   )   EXCLUDE TIME UNDER THE
14 IOSIF CAZA,                     )   SPEEDY TRIAL ACT; PROPOSED
                                   )   ORDER
15            Defendant.           )
                                   )
16                                 )
                                   )   Date:  July 31, 2006
17                                 )   Time:  9:30 A.M.
                                   )   Courtroom: Two
18 _____  )   Hon. Frank C. Damrell Jr.

20      IT IS HEREBY STIPULATED AND AGREED between defendant IOSIF
21 CAZA and the United States of America, through their respective
22 counsel, that the status conference presently set for July 31,
23 2006, be continued to August 21, 2006 at 9:30 a.m. and that time
24 under the Speedy Trial Act should be excluded through August 21,
25 2006.
26      Government counsel has been unavailable due to illness,
27 necessitating a delay in communication with defense counsel.  In
28 order for the government to provide defense counsel with promised

                                   1

1  materials, allow sufficient time for the defense to prepare, and
2  avoid any waste of judicial resources, the parties stipulate to
3  this continuance and agree that time should be excluded pursuant
4  to Local Code T4.
5     Defendant CAZA, who is not in custody, understands his
6  rights under the Speedy Trial Act, and consents to this
7  continuance.

8  DATED: July 28, 2006            McGREGOR W. SCOTT
                                    United States Attorney
9

10                            By: /s/ Camil A. Skipper
                                   CAMIL A. SKIPPER
11                                 Assistant U.S. Attorney

12

13 DATED: July 28, 2006            /s/ Matthew G. Jacobs
                                    MATTHEW G. JACOBS
14                                  Attorney for IOSIF CAZA

15                              **ORDER**

16    1.   The status conference presently set for July 31, 2006,
17 is continued to August 21, 2006, at 9:30 A.M.
18    2.   Based upon the representations of the parties, the
19 Court found that the ends of justice outweighed the best interest
20 of the public and the defendant in a speedy trial and excluded
21 time under the Speedy Trial Act through August 21, 2006.  For the
22 reasons stated in this pleading, the Court finds excludable time
23 through August 21, 2006.
24    **IT IS SO ORDERED**.
25 Date: July 28, 2006

26                              /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL, Jr.
27                               United States District Judge
28

2