```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-06-058 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE AND |
| | ) | EXCLUDE TIME UNDER THE |
| IOSIF CAZA, | ) | SPEEDY TRIAL ACT; ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | Date: August 21, 2006 |
| | ) | Time: 9:30 A.M. |
| | ) | Courtroom: Two |
| | ) | Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant IOSIF CAZA and the United States of America, through their respective counsel, that the status conference presently set for August 21, 2006, be continued to September 11, 2006, and that time under the Speedy Trial Act should be excluded through September 11, 2006.

Due to summer vacations and a family emergency, the parties need additional time prepare. The parties stipulate to this continuance and agree that time should be excluded pursuant to Local Code T4.

Defendant CAZA, who is not in custody, understands his rights under the Speedy Trial Act, and consents to this continuance.

DATED: August 17, 2006			McGREGOR W. SCOTT
						United States Attorney

					By: /s/ Camil A. Skipper
						CAMIL A. SKIPPER
						Assistant U.S. Attorney


DATED: August 17, 2006			/s/ Matthew G. Jacobs
						MATTHEW G. JACOBS
						Attorney for IOSIF CAZA

**ORDER**

1. The status conference presently set for August 21, 2006, is continued to September 11, 2006, at 9:30 A.M.

2. Based upon the representations of the parties, the Court found that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excluded time under the Speedy Trial Act through September 11, 2006. For the reasons stated in this pleading, the Court finds excludable time through September 11, 2006.

**IT IS SO ORDERED.**

Date: August 18, 2006

					/s/ Frank C. Damrell Jr.
					FRANK C. DAMRELL, JR.
					United States District Judge