**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MANJIT KAUR RAI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MANJIT KAUR RAI, et al, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> DEFENDANTS. ) | CR.-S-06-0058-FCD <br><br> STIPULATION AND ORDER <br> TO CONTINUE DATE FOR DEFENSE <br> TO FILE OPPOSITION TO THE <br> GOVERNMENT'S REQUEST TO UNSEAL <br> INFORMATION CONTAINED IN THE <br> SEARCH WARRANT <br><br> TO BE HEARD BEFORE THE HONORABLE <br> MAGISTRATE JUDGE <br> GREGORY G. HOLLOWS |

    The United States of America, represented by Assistant United States Attorney, Camil A. Skipper, and the Defendants: Iosif Caza, represented by attorney, Mr. Timothy Zindel, Jagprit Singh Sekhon, represented by attorneys Mr. Michael Stepanian and Ms. Randy Sue Pollock, Jagdip Singh Sekhon, represented by attorney, Mr. David W. Dratman, Manjit Kaur Rai, represented by her attorney, Mr. James R. Greiner, and Luciana Harmath, represented by attorney Jai Manhar Gohel, all hereby agree and stipulate that the defense in this case may have to and including, Monday, November 27, 2006, to file any opposition documents with the Court regarding the Government's filing of document number 53 entitled: MOTION Petition to Amend Magistrate Judge's Order of

1

September 21, 2004 before Magistrate Judge Hollows by USA as to Iosif Caza, Jagprit Singh Sekhon, Jagdip Singh Sekhon, Manjit Kaur Rai, Luciana Harmath.

  The parties agree and stipulate that this Court's earlier Order of allowing the defense to file any opposition within five Court days of the government's filing of document number 53 can and is requested to be vacated.

  The parties agree and stipulate that the new date for which the defense may file any opposition documents is: Monday, November 27, 2006.

  Respectfully Submitted

            McGREGOR W. SCOTT
            UNITED STATES ATTORNEY

DATED: 11-16-06      /s/Camil A. Skipper-authorization by telephone
            _____
            Ms. Camil A. Skipper
            Assistant United States Attorney
            Attorney for Plaintiff

DATED: 11-16-06      /s/Timothy Zindel-in person authorization
            _____
            Mr. Timothy Zindel
            Assistant Federal Defender
            Attorney for Iosif Caza

DATED: 11-16-06      /s/Michael Stepanian-in person authorization
            /s/Randy Sue Pollock-in person authorization
            _____
            Mr. Michael Stepanian
            Ms. Randy Sue Pollock
            Attorneys for Jagprit Singh Sekhon

DATED: 11-16-06      /s/David W. Dratman–in person authorization
            _____
            Mr. David W. Ddratman
            Attorney for Jagdip Singh Sekhon

DATED: 11-16-06      /s/Jai Manhar Gohel-in person authorization
            _____
            Mr. Jai Manhar Gohel
            Attorney for Luciana Harmath

DATED: 11-16-06      /s/ James R. Greiner
            _____
            James R. Greiner
            Attorney for Manjit Kuar Rai

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 11/20/06

/s/ Gregory G. Hollows

Honorable Magistrate Judge Gregory G. Hollows

rai.ord

3