DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAGDIP SINGH SEKHON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAGPRIT SEKHON, et al.,<br><br>Defendants. | **Cr. S-06-0058 FCD**<br><br>**STIPULATION CONTINUING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND ORDER** |

IT IS HEREBY STIPULATED between the United States of America, through its attorneys of record, Benjamin B. Wagner and Camil A. Skipper, Assistant U.S. Attorneys; and, all defendants, through their designee, attorney for defendant Jagdip Singh Sekhon, David W. Dratman, that the hearing before the Honorable Gregory G. Hollows, United States Magistrate Judge, on the Government's Petition to Unseal Attachment B applicants,

//
//
//
//
//

**STIPULATION CONTINUING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND [PROPOSED] ORDER**
*United States v. Jagprit Sekhon, et al.*
**[CR. S-06-0058 FCD]**

1  //

2  be continued from February 8, 2007 at 10:00 a.m. to March 8, 2007 at 10:00 a.m.

3

4  Dated:  February 7, 2007                    /s/David W. Dratman          *
                                                DAVID W. DRATMAN
5                                               Attorney for Defendant
                                                JAGDIP SINGH SEKHON
6                                               *On behalf of all defendants

7  Dated: February 7, 2007                     McGREGOR W. SCOTT
                                                UNITED STATES ATTORNEY
8

9                                               By:/s/ Benjamin B. Wagner *
                                                    BENJAMIN B. WAGNER
10                                                  CAMIL A. SKIPPER
                                                    Assistant U.S. Attorneys
11                                                  *Signed with permission

12

13                                    ORDER

14       It is so ordered.

15  Dated: 2/13/07
                                                /s/ Gregory G. Hollows
16                                              _____
                                                HON. GREGORY G. HOLLOWS
17                                              United States Magistrate Court Judge

18  sekhon.ord

19

20

...

28  **STIPULATION CONTINUING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND [PROPOSED] ORDER**
*United States v. Jagprit Sekhon, et al.*
**[CR. S-06-0058 FCD]**

- 2 -