DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAGDIP SINGH SEKHON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAGPRIT SEKHON, et al.,<br><br>　　　　　　　Defendants. | **Cr. S-06-0058 FCD**<br><br>**STIPULATION CONTINUING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND ORDER** |

　　　IT IS HEREBY STIPULATED between the United States of America, through its attorneys of record, Benjamin B. Wagner and Camil A. Skipper, Assistant U.S. Attorneys; and, all defendants, through their designee, attorney for defendant Jagdip Singh Sekhon, David W. Dratman, that the hearing before the Honorable Gregory G. Hollows, United States Magistrate Judge, on the Government's Petition to Unseal Attachment B applicants,

//

//

//

//

//

**STIPULATION CONTINUING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND [PROPOSED] ORDER**
*United States v. Jagprit Sekhon, et al.*
**[CR. S-06-0058 FCD]**

1 | be continued from March 29, 2007 at 10:00 a.m. to April 19, 2007 at 10:00 a.m.

2

3 | Dated:  March 28, 2007                           /s/David W. Dratman            *
                                                    DAVID W. DRATMAN
4                                                   Attorney for Defendant
                                                    JAGDIP SINGH SEKHON
5                                                   *On behalf of all defendants

6 | Dated: March 28, 2007                            McGREGOR W. SCOTT
                                                    UNITED STATES ATTORNEY
7

8                                                   By:/s/ Benjamin B. Wagner *
                                                        BENJAMIN B. WAGNER
9                                                       CAMIL A. SKIPPER
                                                        Assistant U.S. Attorneys
10                                                      *Signed with permission

11

12                                        ORDER

13         It is so ordered.

14 | Dated: 4/3/07
                                                    /s/ Gregory G. Hollows
15                                                  _____
                                                    HON. GREGORY G. HOLLOWS
16                                                  United States Magistrate Court Judge

17 | sekhon.ord2

18

19

20

21

22

23

24

25

26

27

28 | **STIPULATION CONTINUING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND [PROPOSED] ORDER**
*United States v. Jagprit Sekhon, et al.*
**[CR. S-06-0058 FCD]**

- 2 -