UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>IOSIF CAZA, et. al.<br><br>             Defendants.<br>_____/ | No.  2:06-CR-0058 FCD<br><br><br><br>**RELATED CASE ORDER** |
| VASILE SIMONCA,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et. al.,<br><br>             Defendants.<br>_____/ | No. 2:08-CV-1453 MCE GGH |

    Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same parties and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under Local Rule 83-123 merely has
2 the result that these actions are assigned to the same judge; no consolidation of the actions is
3 effected.  Under the regular practice of this court, related cases are generally assigned to the
4 judge and magistrate judge to whom the first filed action was assigned.
5    IT IS THEREFORE ORDERED that the action denominated, CIV.S-08-1453 MCE GGH
6 is are reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates
7 currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on
8 documents filed in the reassigned case shall be shown as, **CIV.S-08-1453 FCD GGH.**
9    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
10 assignment of the civil/criminal cases to compensate for this reassignment. The Clerk of Court
11 shall also issue an Order Requiring a Joint Status Report for the undersigned.
12    IT IS FURTHER ORDERED that pursuant to a stipulation between the parties, the time
13 for the government  to file a dispositive pleading or answer the complaint is extended until
14 September 26, 2008.
15    IT IS SO ORDERED.

17 DATED: September 2, 2008        _____
                                    FRANK C. DAMRELL, JR.
18                                  UNITED STATES DISTRICT JUDGE

2