```
LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
CAMIL A. SKIPPER
KYLE REARDON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:06-CR-058 FCD |
| | ) | |
| v. | ) | |
| | ) | ORDER COMPELLING WITNESS |
| JAGPRIT SINGH SEKHON, | ) | ROBERT B. IRONS, III, TO |
| JAGDIP SING SEKHON, | ) | TESTIFY AT TRIAL |
| MANJIT KAUR RAI, | ) | |
|   aka Manjit Kaur Kang, | ) | |
| IOSIF CAZA, and | ) | |
| LUCIANA HARMATH, | ) | |
| | ) | |
| Defendants. | ) | |

On motion of the United States of America, the Court makes the following findings:

1.   Robert Bruce Irons, III, has been subpoenaed as a witness to testify at the jury trial in the above-captioned case, which is currently underway;

2.   In the judgment of Acting United States Attorney Lawrence G. Brown, Mr. Irons may refuse to answer certain questions on the basis of his privilege against self-incrimination;

1    3.   In the judgment of the United States Attorney, Mr.
2 Irons's testimony may be necessary to the public interest; and
3    4.   The motion has been made with the approval of an
4 authorized Deputy Assistant Attorney General of the Criminal
5 Division of the U.S. Department of Justice, pursuant to the
6 authority vested in him by Section 6003(b) of Title 18 of the
7 U.S. Code and Section 0.175(a) of Title 28 of the Code of Federal
8 Regulations.
9    THEREFORE, IT IS ORDERED THAT, pursuant Sections 6002 and
10 6003 of Title 18 of the U.S. Code, Robert Bruce Irons, III, shall
11 give testimony or provide other information which he may refuse
12 to give or to provide on the basis of his privilege against self-
13 incrimination as to all matters about which he may be
14 interrogated in the course of the jury trial proceedings.
15    IT IS FURTHER ORDERED THAT no testimony or other information
16 compelled under this Order, or any information directly or
17 indirectly derived from such testimony or other information,
18 shall be used against Robert Bruce Irons, III, in any criminal
19 case, except that Mr. Irons shall not be exempted by this Order
20 from prosecution for perjury, giving a false statement pursuant
21 to this Order, or otherwise failing to comply with this Order.
22    IT IS FURTHER ORDERED THAT the immunity granted herein is
23 co-extensive with Section 6002 of Title 18 of the U.S. Code.
24 Dated: February 24, 2009
25
26                                  _____
27                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
28