```
LAWRENCE G. BROWN
United States Attorney
BENJAMIN B. WAGNER
CAMIL A. SKIPPER
KYLE REARDON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JAGPRIT SINGH SEKHON, et al.,<br><br>            Defendants. | 2:06-CR-00058-FCD<br><br>STIPULATION AND APPLICATION FOR A MONEY JUDGMENT; ORDER |

The United States and defendant Jagprit Singh Sekhon stipulate to the entry of a Money Judgment based on the Application of the United States, as set forth below:

1. The Second Superseding Indictment in this case charges defendant Jagprit Singh Sekhon with Conspiracy to Defraud the United States, and to Make False Statements in Asylum Application in violation of 18 U.S.C. § 371, False Statements in Asylum Applications, and Aiding and Abetting in violation of 18 U.S.C. § 1546 and 2, Aiding and Abetting False Statements in violation of 18 U.S.C. § 1001 and 2, and Conspiracy to Make False Statements in

1 violation of 18 U.S.C. § 371.  The Second Superseding Indictment
2 included a forfeiture allegation.
3     2.  On June 25, 2009, defendant Jagprit Singh Sekhon was found
4 guilty of Count One which charges him with Conspiracy to Defraud the
5 United States, and to Make False Statements in Asylum Application in
6 violation of 18 U.S.C. § 371; Counts Three, Five, Six, and Nine
7 through Twelve which charge him with False Statements in Asylum
8 Applications, and Aiding and Abetting in violation of 18 U.S.C.
9 § 1546 and 2, among other charges.
10     3.  Defendant Jagprit Singh Sekhon stipulates and agrees to
11 forfeit voluntarily and immediately $170,000, as a personal money
12 judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a
13 reasonable compromise between the parties for forfeiture purposes
14 concerning the proceeds the defendant obtained as a result of
15 violations of 18 U.S.C. §§ 371 and 1546, to which he has been found
16 guilty.
17     4.  Plaintiff hereby applies for entry of a money judgment as
18 follows:
19      a.  Pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(I) and Fed.
20 R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture
21 money judgment against defendant Jagprit Singh Sekhon in the amount
22 of $170,000.
23      b.  The above-referenced personal forfeiture money
24 judgment is imposed based on defendant Jagprit Singh Sekhon's
25 conviction for violating 18 U.S.C. §§ 371 and 1546.  Said amount
26 reflects a reasonable compromise between the parties for forfeiture
27 purposes concerning the proceeds the defendant obtained, which the
28

defendant agrees is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

    5.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to Customs and Border Protection and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Department of Homeland Security, Customs and Border Protection in its secure custody and control.

DATED:_____                  LAWRENCE G. BROWN
                                        United States Attorney

                                          /s/
                                          CAMIL A. SKIPPER
                                          Assistant U.S. Attorney

DATED:_____                  /s/
                                          JAGPRIT SINGH SEKHON
                                          Defendant

DATED:_____                  /s/
                                          MICHAEL STEPANIAN
                                          RANDY SUE POLLOCK
                                          Attorneys for Defendant

///
///
///
///
///

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Jagprit Singh Sekhon in the amount of $170,000. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

IT IS SO ORDERED.

DATED: August 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE