```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
IOSIF CAZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0058 FCD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING FORFEITURE TRIAL CONFIRMATION HEARING** |
| v. | |
| JAGPRIT SINGH SEKHON et al., | Date: August 24, 2009 |
| Defendants. | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants Jagdip Sekhon and Iosif Caza, that the August 24, 2009, trial confirmation hearing (concerning the forfeiture trial scheduled for September 11, 2009) may be continued one week to August 31, 2009, at 10:00 a.m.

Counsel for Mr. Caza and the government would like to resolve the pending forfeiture without trial but are awaiting the outcome of a real estate appraisal of property owned by Mr. Caza.  Word of the appraisal is expected next week.  Mr. Caza and Jagdip Sekhon are the only defendants

remaining involved in the pending forfeiture count, and counsel for both defendants concur in the request to continue the TCH one week.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  August 20, 2009                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for IOSIF CAZA

Dated:  August 20, 2009                 /s/ T. Zindel for D. Dratman
                                        DAVID W. DRATMAN
                                        Attorney for Jagdip Sekhon

                                        LAWRENCE BROWN
                                        United States Attorney

Dated:  August 20, 2009                 /s/ T. Zindel for C. Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney
```

**IT IS SO ORDERED.**

Dated: August 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE