LAWRENCE G. BROWN
United States Attorney
BENJAMIN B. WAGNER
CAMIL A. SKIPPER
KYLE REARDON
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:06-CR-0058 FCD |
| | ) | |
| v. | ) | |
| | ) | |
| JAGPRIT SINGH SEKHON, | ) | STIPULATION RE: SCHEDULED FOR |
| JAGDIP SINGH SEKHON, | ) | TRIAL OF FORFEITURE ALLEGATIONS |
| MANJIT KAUR RAI, | ) | |
|    aka Manjit Kaur Kang, | ) | |
| IOSIF CAZA, | ) | |
| LUCIANA HARMATH, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   The United States of America, by its attorneys, Lawrence G. Brown, the United States Attorney for the Eastern District of California, and Benjamin B. Wagner, Camil A. Skipper and Kyle Reardon, Assistant United States Attorneys, and defendant Jagdip Singh Sekhon, by his attorney David Dratman, and defendant Iosif Caza, by his attorney Tim Zindel, do hereby stipulate and agree as follows:

   1.   The currently scheduled dates for the trial confirmation
        hearing for the forfeiture trial relating to defendants

1

           Jagdip Sekhon and Iosif Caza in this case, and the
           forfeiture trial, which dates are August 31, 2009 and
           September 11, 2009, respectively, should be **vacated**.
    2.     The trial confirmation hearing for the forfeiture trial
           should be rescheduled for October 19, 2009, at 10:00 am.
    3.     A date for the trial of the forfeiture matter will be set
           by further stipulation.

**SO STIPULATED AND AGREED:**

DATED: August 28, 2009                LAWRENCE G. BROWN
                                      United States Attorney

                                      /S/ *Benjamin Wagner*
                                  By:_____
                                        BENJAMIN B. WAGNER
                                        Assistant U. S. Attorney


                                      /S/ *Benjamin Wagner*, for
DATED: August 28, 2009                _____
                                      DAVID DRATMAN
                                      Attorney for Defendant
                                      Jagdip Singh Sekhon

                                      /S/ *Benjamin Wagner,* for
DATED: August 28, 2009                _____
                                      TIM ZINDEL
                                      Attorney for Defendant
                                      Iosif Caza


**SO ORDERED:**


August 28, 2009
                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

2