```
LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
CAMIL A. SKIPPER
KYLE REARDON
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAGPRIT SINGH SEKHON, ) <br> JAGDIP SINGH SEKHON, ) <br> MANJIT KAUR RAI, ) <br>  aka Manjit Kaur Kang, ) <br> IOSIF CAZA, ) <br> LUCIANA HARMATH, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:06-CR-0058-FCD <br><br><br><br> STIPULATION AND ORDER TO <br> SET FORFEITURE TRIAL DATE <br><br><br><br><br><br><br> TCH: October 19, 2009 <br> TIME: 10:00 pm <br> JUDGE: Frank C. Damrell, Jr. |

 The United States of America, by and through its attorneys, Benjamin B. Wagner, Camil A. Skipper, and Kyle Reardon, Assistant United States Attorneys, and defendant Jagdip Singh Sekhon, by and through his attorney David D. Dratman, and defendant Iosif Caza, by and through his attorney, Timothy Zindel, do hereby stipulate and agree as follows:

 1. The parties will be prepared to try the forfeiture matter, which will be tried to the Court without a jury, on **November 13,**

1

**2009, at 10:00 A.M.**  (The trial confirmation hearing previously was set for October 19, 2009, at 10:00 A.M.).

[The undersigned counsel received email communications from both Mr. Dratman and Mr. Zindel permitting her to sign this stipulation on their behalf.]

SO STIPULATED AND AGREED:

DATED: September 14, 2009            LAWRENCE G. BROWN
                                     United States Attorney

                                     By: /s/ Camil A. Skipper
                                         BENJAMIN B. WAGNER
                                         CAMIL A. SKIPPER
                                         KYLE REARDON
                                         Assistant U.S. Attorneys

DATED: September 14, 2009            By: /s/ Camil A. Skipper for
                                         DAVID W. DRATMAN
                                         Attorney for defendant Jagdip
                                         Singh Sekhon

DATED: September 14, 2009            By: /s/ Camil A. Skipper for
                                         TIMOTHY ZINDEL
                                         Attorney for defendant Iosif Caza

**IT IS SO ORDERED.**

DATED: September 15, 2009            _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE