LAWRENCE G. BROWN
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>         v.                      )<br>                                 )<br> CARMEN MIRELA STELEA,           )<br>   aka Carmen Mirela Viloiu      )<br>                                 )<br>              Defendant.         ) | CASE NO. 2:06-CR-00058-FCD<br><br>MOTION TO DISMISS CANCEL ARREST<br>WARRANT; ORDER<br><br>Before Magistrate Judge<br>Edmund F. Brennan |

     On June 13, 2007, this court issued a warrant for the arrest of material witness Carmen Stelea to secure her testimony in the federal criminal investigation involving the Law Offices of Sekhon & Sekhon. (The warrant and supporting affidavit are appended as Exhibit 1.) The investigation resulted in the federal indictment of five defendants.  All five defendants were convicted of various felony offenses at a jury trial before District Judge Frank C. Damrell, Jr., earlier this year.  See United States v. Sekhon, et al., 2:06-CR-00058-FCD.

///

///

///

1

Ms. Stelea's testimony is no longer of interest in relation to the aforementioned investigation.  Therefore, the government requests that the warrant for arrest be cancelled.

Date: October 19, 2009          LAWRENCE G. BROWN
                                United States Attorney

                          By:   /s/ Camil A. Skipper
                                CAMIL A. SKIPPER
                                Assistant U.S. Attorney

**O R D E R**

**APPROVED AND SO ORDERED.**

Dated:   October 19, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE