1  LAWRENCE G. BROWN
   United States Attorney
2  BENJAMIN B. WAGNER
   CAMIL A. SKIPPER
3  KYLE REARDON
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2700

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:06-CR-00058-FCD
                                )
12              Plaintiff,       )    STIPULATION AND APPLICATION FOR
                                )    A MONEY JUDGMENT AND ORDER
13      v.                      )    THEREON
                                )
14 IOSIF CAZA, et al.,          )
                                )
15              Defendants.      )
   _____ )

16

17      The United States and defendant Iosif Caza stipulate to the

18 entry of a Money Judgment based on the Application of the United

19 States, as set forth below:

20      1.  The Second Superseding Indictment in this case charges

21 defendant Iosif Caza with Conspiracy to Defraud the United States,

22 and to Make False Statements in Asylum Application in violation of

23 18 U.S.C. § 371, False Statements in Asylum Applications, and Aiding

24 and Abetting in violation of 18 U.S.C. § 1546 and 2, Aiding and

25 Abetting False Statements in violation of 18 U.S.C. § 1001 and 2,

26 and Conspiracy to Make False Statements in violation of 18 U.S.C. §

27 371.  The Second Superseding Indictment included a forfeiture

28

1 allegation.

2     2.  On June 25, 2009, defendant Iosif Caza was found guilty of
3 Count One which charges him with Conspiracy to Defraud the United
4 States, and to Make False Statements in Asylum Application in
5 violation of 18 U.S.C. § 371; Counts Four, Five, and Ten through
6 Twelve which charge him with False Statements in Asylum
7 Applications, and Aiding and Abetting in violation of 18 U.S.C. §
8 1546 and 2, among other charges.

9     3.  Defendant Iosif Caza stipulates and agrees to forfeit
10 voluntarily and immediately $40,000, as a personal money judgment
11 pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable
12 compromise between the parties for forfeiture purposes concerning
13 the proceeds the defendant obtained as a result of violations of 18
14 U.S.C. §§ 371 and 1546, to which he has been found guilty.

15     4.  Plaintiff hereby applies for entry of a money judgment as
16 follows:

17       a.  Pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(I) and Fed.
18 R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture
19 money judgment against defendant Iosif Caza in the amount of
20 $40,000.

21       b.  The above-referenced personal forfeiture money
22 judgment is imposed based on defendant Iosif Caza's conviction for
23 violating 18 U.S.C. §§ 371 and 1546.  Said amount reflects a
24 reasonable compromise between the parties for forfeiture purposes
25 concerning the proceeds the defendant obtained, which the defendant
26 agrees is subject to forfeiture based on the offenses of conviction.
27 Any funds applied towards such judgment shall be forfeited to the

28

Stipulation and Application for a Money
Judgment and Order Thereon

1  United States of America and disposed of as provided for by law.

2       5.   Payment of the personal forfeiture money judgment should be

3  made in the form of a cashier's check(s) made payable to Customs and

4  Border Protection and sent to the U.S. Attorney's Office, Att: Asset

5  Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.

6  Prior to the imposition of sentence, any funds delivered to the

7  United States to satisfy the personal money judgment shall be seized

8  and held by the U.S. Department of Homeland Security, Customs and

9  Border Protection in its secure custody and control.

10 DATED:  10/16/09                      LAWRENCE G. BROWN
                                         United States Attorney
11

12                                       /s/ Camil A. Skipper
                                         CAMIL A. SKIPPER
13                                       Assistant U.S. Attorney

14

15 DATED:  10-14-09                      /s/ Iosif Caza
                                         IOSIF CAZA
16                                       Defendant

17

18 DATED:  10/14/09                      /s/ Timothy Zindel
                                         TIMOTHY ZINDEL
19                                       Attorney for Defendant

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

                        3           Stipulation and Application for a Money
                                    Judgment and Order Thereon

<u>O R D E R</u>

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Iosif Caza in the amount of $40,000.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

IT IS SO ORDERED.

DATED: October 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Application for a Money
Judgment and Order Thereon