```
BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JAGPRIT SINGH SEKHON et al.,<br><br>        Defendants. | 2:06-CR-058 FCD<br><br>ORDER DISMISSING **COUNT 11** AGAINST DEFENDANT IOSIF CAZA |

Pursuant to motion of the Plaintiff, United States of America, **Count 11** of the Second Superseding Indictment filed December 13, 2007, against defendant Iosif Caza in the above-entitled case, is dismissed.

Date: March 18, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE