DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
IOSIF CAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>IOSIF CAZA,                      )<br>                                 )<br>            Defendant.           )<br>                                 )<br>_____ ) | No. 2:06-CR-0058 FCD<br><br>**STIPULATION AND ORDER<br>EXONERATING BOND, DIRECTING<br>RECONVEYANCE, AND ORDERING<br>RETURN OF PASSPORT**<br><br>Judge:  Hon. Kendall A. Newman |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Iosif Caza, that the $200,000 property bond posted to secure Mr. Caza's release may be ordered exonerated.  The parties further agree that the Clerk of the Court shall reconvey the real property securing the bond to the sureties.

   The parties further agree that the Clerk shall return Mr. Caza's passport to the Federal Defender's Office, Atten.: T. Zindel, for return to Mr. Caza's daughter.

   On February 10, 2006, the Court ordered Mr. Caza released on a $200,000 property bond and Mr. Caza surrendered his passport to the Clerk

1  of the Court. Mr. Caza was later convicted and is presently in custody
2  of the Bureau of Prisons serving the sentence imposed by Judge Damrell on
3  September 27, 2010. The parties agree that the bond he posted should be
4  ordered exonerated and the posted property reconveyed.
5      Mr. Caza's daughter has also asked that her father's passport be
6  returned to her. The parties agree that this may be done by releasing
7  the passport to the Office of the Federal Defender, Atten: T. Zindel,
8  for return to Ms. Caza.

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated: April 20, 2011           /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for IOSIF CAZA


                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: April 20, 2011           /s/ C. Skipper
                              CAMIL SKIPPER
                              Assistant U.S. Attorney

**O R D E R**

    The property bond posted to secure Mr. Caza's release is hereby exonerated. The Clerk shall reconvey the property forthwith. The Clerk shall release Mr. Caza's passport as set forth above.

    IT IS SO ORDERED.

Dated: April 20, 2011

                              /s/ Kendall J. Newman
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDG