HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar # 127024
Assistant Federal Defender
Counsel Designated for Serviced
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
IOSIF CAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAGPRIT SINGH SEKHON *et al.*,<br><br>          Defendants.<br>_____ | No. Cr. 06-0058 JAM<br><br>**ORDER**<br><br><br><br>Judge:   Honorable John A. Mendez |

   Pursuant to the unopposed request of Defendant Iosif Caza, and good cause appearing therefor, the reply to the reply to the opposition to the motion for bail pending appeal may be filed on or before July 25, 2013.

Dated:  July 23, 2013

                              /s/ John A. Mendez
                              HONORABLE JOHN A. MENDEZ
                              United States District Court Judge