BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2709
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>IOSIF CAZA,<br><br>               Defendant. | CASE NO. 2-06-CR-058 JAM<br><br>STIPULATION AND ORDER RE: RESENTENCING OF DEFENDANT IOSIF CAZA<br><br>JUDGE: Hon. John A. Mendez |

## INTRODUCTION

On June 25, 2009, Iosif Caza was convicted of conspiring to defraud the United States and to make false statements in asylum applications in violation of 18 U.S.C. §§ 371 and 1546. He also was convicted of one or more counts of aiding and abetting a false statement under 18 U.S.C. § 1001 or 18 U.S.C. § 1546. On September 27, 2010, Caza was sentenced to 90 months on counts four, five, 10, and 12, and 60 months on counts one, 14, and 17, to be served concurrently, for a total term of 90 months. The court also imposed a 36-month term of supervised release on each count to run concurrently and a $700 special assessment. Caza is serving his sentence.

On June 25, 2014, in an unpublished opinion, the Ninth Circuit Court of Appeals affirmed the convictions, but found that the convictions for counts one and 17 were multiplicitous. *United States v. Harmath*, __ Fed. Appx. ___, 2014 WL 2872294, *1 (9th

STIPULATION AND [PROPOSED] ORDER
RE: RESENTENCING OF DEFENDANT    1
IOSIF CAZA

Cir. June 25, 2014) (unpub.). The sentence was vacated, and the case was remanded for resentencing.

### STIPULATION

On remand, defendant Caza, through his undersigned counsel, Assistant Federal Defender Timothy Zindel, and the United States, through its counsel, Assistant U.S. Attorney Camil A. Skipper, hereby stipulate and request that this court resentence Caza as follows: 70 months on counts four, five, 10, and 12, and 60 months on counts one and 14, to be served concurrently, for a total term of 70 months; a 36-month term of supervised release on each count to run concurrently; and a $600 special assessment, with all other aspects of the original sentence imposed on September 27, 2010, to remain the same.

The parties suggest that this sentence is appropriate because, at the original sentencing, Judge Damrell found Caza's offense level was 25. This represented a base offense level of 11 pursuant to U.S.S.G. § 2L2.1(a); a nine-level enhancement for the number of documents involved in the offense pursuant to U.S.S.G. § 2L2.1(b)(2)(C); a three-level enhancement for role in the offense under U.S.S.G. § 3B1.1(a); and a two-level enhancement for obstruction of justice pursuant to U.S.S.G. § 3C1.1. With a Criminal History category of II, his Guidelines range was 63 to 78 months. Judge Damrell varied upward to 90 months, a 12-month increase above the top of the range. Although the remand does not result in an adjustment to Caza's Guidelines range, the anticpated adjustment to Jagprit Sekhon's range would result in Caza's sentence exceeding Sekhon's. In light of Judge Damrell's intent that Sekhon receive the longest sentence, the government agrees that this anomalous result should be avoided by lowering Caza's sentence by 20 months.

The parties agree that this sentence is sufficient, but not greater than necessary, to satisfy all of the purposes of sentencing set forth in 18 U.S.C. § 3553(a). The government has no objection to the court recommending that Caza serve the remainder of his sentence in California to facilitate family visitation.

///

STIPULATION AND [PROPOSED] ORDER
RE: RESENTENCING OF DEFENDANT      2
IOSIF CAZA

As part of this stipulation, if accepted by the court, Caza agrees to give up his rights to appeal and to collaterally attack his sentence under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 or otherwise.

Iosif Caza is currently incarcerated at Big Spring FCI in Big Spring, Texas. According to the BOP website, his expected release date is April 28, 2017. Caza has been advised of his right to be present for resentencing. Pursuant to Federal Rule of Criminal Procedure 43(c)(1)(B), Iosif Caza has executed the attached waiver of his right to be present at any resentencing proceeding. He also waives his right of allocution at resentencing. He also agrees to the stipulated sentence of 70 months on counts four, five, 10, and 12, and 60 months on counts one and 14, to be served concurrently, for a total term of 70 months; a 36-month term of supervised release on each count to run concurrently; and a $600 special assessment, with all other aspects of the original sentence imposed on September 24, 2010, to remain the same.

Respectfully submitted,

Dated: November 18, 2014    By: /s/ Timothy Zindel
                                TIMOTHY ZINDEL
                                Attorney for Defendant IOSIF CAZA


Dated: November 18, 2014         BENJAMIN B. WAGNER
                                 United States Attorney

                            By: /s/ Camil A. Skipper
                                CAMIL A. SKIPPER
                                Assistant United States Attorney
                                Attorney for Plaintiff UNITED STATES

STIPULATION AND [PROPOSED] ORDER
RE: RESENTENCING OF DEFENDANT          3
IOSIF CAZA

## DEFENDANT IOSIF CAZA'S
## WAIVER OF PRESENCE AT RE-SENTENCING

I, Iosif Caza, am currently incarcerated at FCI Big Spring, Texas.  I have been advised of my right to be present for re-sentencing on remand from appeal.  I knowingly and voluntarily waive my right to be present and my right to allocution at re-sentencing.  I also agree to the stipulation for a sentence of 70 months on counts four, five, 10, and 12, and 60 months on counts one and 14, to be served concurrently, for a total term of 70 months; a 36-month term of supervised release on each count to run concurrently; and a $600 special assessment, with all other aspects of the original sentence imposed on September 27, 2010, to remain the same.

Dated:  November 18, 2014

/s/ Iosif Caza
IOSIF CAZA
Defendant
[signature authorized by email]

# ORDER

For the reasons set forth in the attached stipulation of the parties, on remand from appeal, the Court hereby resentences Iosif Caza as follows:

The conviction on count 17 is vacated.

Iosif Caza is sentenced to 70 months on counts four, five, 10, and 12, and 60 months on counts one and 14, to be served concurrently, for a total term of 70 months; a 36-month term of supervised release on each count to run concurrently; and a $600 special assessment. The Court recommends that Iosif Caza be incarcerated at an institution in California to serve the remainder of his sentence to facilitate visitation with family in Sacramento, but only insofar as this recommendation accords with security classification and space availability. All other aspects of the original sentence imposed on September 27, 2010, are to remain the same.

Dated: November 18, 2014            /s/ John A. Mendez

HON. JOHN A. MENDEZ
United States District Court Judge