**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Movant
JAGDIP SINGH SEKHON

**KRESTA NORA DALY, SBN 199689**
**BARTH DALY LLP**
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorney for Movant
MANJIT KAUR RAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Respondent, <br><br> v. <br><br> **MANJIT KAUR RAI AND JAGDIP SINGH SEKHON,** <br><br> Movants. | CASE NO. 2:06-CR-00058-JAM-EFB <br><br> **MOTION FOR MODIFICATION OF DUE DATE FOR REPLY BRIEFS TO GOVERNMENT'S OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT; [~~PROPOSED~~] FINDINGS AND ORDER** |

      Declarant, Erin J. Radekin, counsel for movant, Jagdip Singh Sekhon, and attorney Kresta Daly, counsel for movant Manjit Kaur Rai, seek a modification of the due date for the reply briefs to the government's oppositions to the motions for summary judgment and to the movants' statements of undisputed facts.  In support of this motion, declarant provides the following information under penalty of perjury:

      1. On October 23, 2020, the Court issued an order granting the government's motion to extend

time to file the government's opposition(s) to the motions for summary judgment and adopting the government's proposed briefing schedule.  ECF No. 873; and see ECF No. 869-1.  Pursuant to such order, the government's opposition(s) are to be filed by January 4, 2021; movants' replies are due by January 20, 2021; and the hearing on the motions is to be on January 27, 2021 at 10:00 a.m.  ECF No. 873 at p. 3; and see ECF No. 876.

    2.  The government submitted new evidence, including a declaration from a previously-undisclosed expert.  See ECF No. 887-4.  Movant Sekhon need additional time to investigate this evidence, as well as to prepare replies to the government's opposition.

    3.  Accordingly, Mr. Sekhon respectfully requests the Court modify the current briefing schedule pertaining to the summary judgment motions in only one respect: movants' replies to be filed by January 27, 2021.

    4.  Prior to filing this motion I emailed Assistant United States Attorneys Katherine Lydon and Victoria Boesch and counsel for Movant Rai, Kresta Daly, and asked if they had any objection to the proposed modification to the summary judgment motion briefing schedule.  Ms. Lydon responded that the government does not oppose the request, but that an extension to the reply due date may require changing the hearing date to avoid imposing hardship on the Court.  Ms. Daly responded that Movant Rai does not object to the proposed change to the reply brief due date.

    Accordingly, counsel for movant respectfully requests this Court issue an order modifying the date due for the reply brief to **January 27, 2021**.

Dated: January 15, 2021                                             Respectfully submitted,

                                                                              /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Movant
JAGDIP SINGH SEKHON

/s/ Kresta Daly
KRESTA DALY
Attorney for Movant
MANJIT KAUR RAI

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of January, 2021.  The Clerk is directed to terminate ECF No. 889.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE