# United States District Court
# Eastern District of California
Before the Honorable **EDMUND F. BRENNAN, JUDGE**

# CRIMINAL MINUTES - EVIDENTIARY HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | Time in Court: __1:44__ |
| **Plaintiff/Respondent,** | CASE #: 2:06CR00058 JAM EFB |
| v. | DATE: June 2, 2021   TIME: 1:00 P.M. |
| JAGDIP SINGH SEKHON and MANJIT KAUR RAI, | Courtroom Deputy: Danielle Weisel |
| **Defendants/Movants.** | Court Reporter: Thresha Spencer |

**Appearances for Plaintiff/Respondent:**

Katherine Lydon, Esq. on behalf of Respondent
Victoria Boesch, Esq. on behalf of Respondent

**Appearances for Defendants/Movants:**

Erin Radekin, Esq. on behalf of Movant,
**Jagdip Singh Sekhon**, present, out of custody

Kresta Daly, Esq. on behalf of Movant,
**Manjit Kaur Rai**, not present, out of custody

**Proceedings**: Continued Evidentiary Hearing Re Movants' Motion for Summary Judgment (Docket #911) **(DAY 5)**

| | |
|---|---|
| 1:04 p.m. | Having been continued from May 20, 2021, the Evidentiary Hearing recommenced. All parties were again present. The Court conferred with counsel regarding the *Motion to Produce Prior Statements* filed by Counsel Katherine Lydon on May 28, 2021 and the *Request Re: Missing Witness* filed by Counsel Radekin on May 27, 2021. |
| | The Court **denied** the Request Re: Missing Witness and **found moot** the Motion to Produce for the reasons stated on the record. |
| | After further discussion and at the request of Counsel Katherine Lydon, the Court stated it will allow the government to provide further briefing regarding Rule 26.2's applicability to Section 2255 proceedings. |
| | A discussion was had regarding the remaining witness testimony. With no objection, the Court stated it will allow the government to submit declarations in place of calling witnesses to rebut allegations of prosecutorial misconduct. |

Page **1** of **2**

| | |
|---|---|
| 1:32 p.m. | Counsel Katherine Lydon stated she intended to call Yu-Wen Oscar. Counsel Erin Radekin and Counsel Kresta Daly jointly objected to allowing the testimony of Yu-Wen Oscar. |
| 1:51 p.m. | The Court **overruled** the joint objection and allowed the testimony of Yu-Wen Oscar to proceed. |
| 2:18 p.m. | Respondent's Witness #1, Yu-Wen Oscar, was sworn by the clerk. Counsel Katherine Lydon began her examination. |
| 2:47 p.m. | Counsel Katherine Lydon concluded her examination. Counsel Kresta Daly began her cross-examination. [Exhibits Identified: 25 (previously admitted), Rai 30] |
| 2:58 p.m. | Counsel Kresta Daly concluded her cross-examination. Counsel Erin Radekin began her cross-examination. [Exhibits Identified: A-40, A-246 (all identified had previously been admitted.)] |
| 3:03 p.m. | The court was in recess. <br><br>All parties were again present. Counsel Erin Radekin continued her cross-examination of witness Yu-Wen Oscar. <br><br>Counsel Erin Radekin concluded her cross-examination. Counsel Katherine Lydon began her redirect examination. |
| 3:03 p.m. | Counsel Erin Radekin concluded her cross-examination. Counsel Katherine Lydon began her redirect examination. |
| 3:05 p.m. | Respondent's Witness #1, Yu-Wen Oscar, was excused. <br><br>The Court discussed the previously set briefing schedule with counsel. Counsel Erin Radekin requests more time to submit final briefs. With no objection, the Court **ordered** both Movants and Respondent to file their briefs by June 24, 2021. <br><br>The Court **further ordered** Counsel Katherine Lydon to submit any additional brief regarding Rule 26.2 and to submit rebuttal declarations regarding. The Court **directs** Movants to file responses to this brief and/or declarations within one (1) week of their filing. |
| 3:08 p.m. | The Court stood adjourned on this matter. |